FILED

2007 SEP -5 AM 11: 44

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa, Division

## CIVIL RIGHTS COMPLAINT FORM

Robert Graber

CASE NUMBER: 8:07cv1587-T23TGW
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Nurse Grosso Et. AL,
Bay Front Med. Center,
Et. AL,

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Avon Park Correctional Institute
(Indicate the name and location)

Post office Box-1100, Avon Park Florida, 33826-1100

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

I.F.P.

DC 225 (Rev. 9/03)                               1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

   1. Informal Grievance (Form DC3-005)
   2. Formal Grievance (Form DC1-303)
   3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.   Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.   Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                               2

  1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

  2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

  1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

  2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

  3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

  4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

  1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

  2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __22__ day of __April__, 2 __007__.

               _Robert Graber_
               Signature of Plaintiff
               Robert Graber

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (✓)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? ___none___

2. What were the results? ___none___

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: ___none___


I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __22__ day of __April__, 2 __007__.

X ___[signature]___
Signature of Plaintiff   Robert Graber

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): __none, I have never filed any Lawsuit before__

   Defendant(s): __none__

2. Court (if federal court, name the district; if state court, name the county):

   __none__

3. Docket Number: __none__

4. Name of judge: __none__

5. Briefly describe the facts and basis of the lawsuit: __none__

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   __none__

7. Approximate filing date: __none__

8. Approximate disposition date: __none__

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: __no__

__none, As To Question IV. D.__

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __Robert Graber #__

Mailing address: __Avon Park Correctional Institution__
__P.O. Box - 1100 Avon Park Florida, 33826-1100__

B. Additional Plaintiffs: __none.__

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Nurse Grosso      Bayfront Med. Center__

Mailing Address: __701 6th street South__
__St. Pete. Fla, 33701__

Position: __Nurse__

Employed at: __Bayfront Medical Center__

D. Defendant: __Bayfront Medical Center Et. Al.__

Mailing Address: __701 6th. Street South.__
__St. Petersburgh Florida, 33701__

Position: __A Medical Hospital Center__

Employed at: __Same,__

E. Defendant: _____None_____

Mailing Address: _____

Position: _____

Employed at: _____

F. Defendant: _____None_____

Mailing Address: _____

Position: _____

Employed at: _____

G. Defendant: _____

Mailing Address: _____

Position: _____

Employed at: _____

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

The Defendants Gave The Wrong Medication To My Mother Who died while in Their Care after She was moved out of I.C.U. Then Defendants Testified Falsely at my Trial, Based upon Newly discovered Evidence, Nurse Grosso Violated 14th Amendment Rights By giving My Mom The Wrong Meds.

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

In 1997, This Plaintiff's Mother had a Fall due To her Alcoholism. She was Taken To Bayfront Medical Center.

The Defendants did an unknown operation apon My Mother.

Soon Thereafter she was moved To The I.C.U. unit.

Soon Thereafter, she was moved to The Regular Care floor.

Statement of Facts, continued:

While There and within days - The Defendants grave her The Wrong Medications and she died.

The Hospital Covered-up This during This Plaintiffs Trial in The lower Court.

Nurse Grosso administered The Leathal Dose of Meds That Killed her.

Plaintiff was wrongly Convicted of her death.

Defendant Grosso was allowed to Testify as To via Telephone to Hide Her hidious act.

Plaintiff was Convicted of killing his Mother.

Based upon New Informations Plaintiff has properly brought this Case.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1. An Injunction To Halt the obstruction of Justice.
2. All Documents of My Mothers Care while in The Care of These Defendants.
3. Declatory Judgement. 4. Punative Damages.
5. Jury Trial. 6. Legal Fees. 7. Plaintiff seeks The Dept. of Justice intervention in this Case.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __22__ day of __April__, 2 __007__.

_Robert Grabik_

ROBERT GRABIK

(Signatures of all Plaintiffs)